IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAUL VELASQUEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>OUTSIDE LANDSCAPE<br>GROUP, LLC and RICK<br>KALDROVICS,<br><br>   Defendants. | :<br>:<br>:<br>:  Civil Action File No.<br>:<br>:  1:16-cv-00474-TCB<br>:<br>:<br>:<br>:<br>:<br>: |

### Order Approving FLSA Settlement

The Parties having jointly moved [Dkt. 9] to review and approve their Settlement Agreement and Release ("the Agreement") in this FLSA case; the Court having reviewed the same and for good cause shown, the Court finds the terms of the Agreement to be fair and reasonable. IT IS HEREBY ORDERED that the Agreement is APPROVED and incorporated herein. The Court shall retain jurisdiction to enforce the terms of the Agreement.

SO ORDERED this 29th day of March, 2016.

_____
Honorable Timothy C. Batten, Sr.
UNITED STATES DISTRICT JUDGE